IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| WILSON VELEZ, | § | |
| | § | |
| Defendant Below, | § | No. 441, 2025 |
| Appellant, | § | |
| | § | Court Below: Superior Court |
| v. | § | of the State of Delaware |
| | § | |
| STATE OF DELAWARE, | § | Cr. I.D. Nos. 2212006162 |
| | § | 2303008901 (N) |
| Appellee. | § | |

Submitted: November 14, 2025
Decided: November 20, 2025

## **ORDER**

On October 27, 2025, this Court received a notice of appeal from a Superior Court order dated September 30, 2025, which adopted a Commissioner's recommendation that the court deny the appellant's motion for postconviction relief. The Superior Court docket reflected that on October 1, 2025, the court had withdrawn the September 30 order and directed further briefing on the appellant's objections to the Commissioner's report, which the prothonotary had received on September 29. The Clerk of this Court therefore issued a notice, sent by certified mail, directing the appellant to show cause why this appeal should not be dismissed based on this Court's lack of jurisdiction to entertain a criminal interlocutory appeal. The certified-mail receipt indicates that the notice to show cause was delivered on

November 3.  The appellant having failed to respond to the notice to show cause within the required ten-day period, dismissal of this action is deemed unopposed.

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that the appeal is DISMISSED.

BY THE COURT:

*/s/ Karen L. Valihura*
Justice